In the Matter of the Accounting of MARTIN E. CORBETT, as Executor and Trustee under the Will of EDWARD H. CLIFT, Deceased, et al., Respondents.

EDWARD R. CLIFT, Appellant.

(Argued June 1, 1931; decided June 9, 1931.)

*Osmond K. Fraenkel* for motion.

*Thomas K. Egan, Jr.*, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.